**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MAURICE L. CAIN, Civil No. 01-1933 (DWF/ESS)

Petitioner,

v. **ORDER**

TIMOTHY O'DELL,

Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge E. S. Swearingen dated December 20, 2001. No objections having been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2254 (Docket No. 1) is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 1/18, 2002

DONOVAN W. FRANK
Judge of United States District Court

FILED JAN 2 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 2 2 2002
DEPUTY CLERK